MEMORANDUM **
Julio Jimenez appeals the district court’s imposition of a twenty-month custodial *681 sentence for his conviction of being a deported alien in the United States in violation of 8 U.S.C. § 1326. The parties are familiar with the facts underlying the appeal and thus we do not include them here.
Jimenez challenges his sentence of twenty months in custody for a conviction of being a deported alien found in the United States. He pleaded guilty unconditionally, and received a two-level sentencing reduction under United States Sentencing Guidelines (USSG) § 3El.l(a). Jimenez argues on appeal that the government was required to move for a third one-level sentencing reduction under USSG § 3El.l(b), because Jimenez’s failure to waive his right to appeal his sentence was an illegitimate and therefore arbitrary basis to refuse to move for the additional reduction. This argument is foreclosed by United States v. Medina-Beltran, 542 F.3d 729, 731 (9th Cir.2008), and United States v. Johnson 581 F.3d 994, 1002 (9th Cir.2009).
AFFIRMED.

 This disposition is not appropriate for publication and is not precedent except as provided by 9 th Cir. R. 36-3.